# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 18, 2024
Lyle W. Cayce
Clerk

No. 19-60662

DENNIS HOPKINS, *individually and on behalf of a class of all others similarly situated*; HERMAN PARKER, JR., *individually and on behalf of a class of all others similarly situated*; WALTER WAYNE KUHN, JR., *individually and on behalf of a class of all others similarly situated*; BRYON DEMOND COLEMAN, *individually and on behalf of a class of all others similarly situated*; JON O'NEAL, *individually and on behalf of all others similarly situated*; EARNEST WILLHITE, *individually and on behalf of a class of all others similarly situated*,

*Plaintiffs—Appellees*,

*versus*

SECRETARY OF STATE MICHAEL WATSON, *in his official capacity*,

*Defendant—Appellant*,

CONSOLIDATED WITH

No. 19-60678

DENNIS HOPKINS, *individually and on behalf of a class of all others similarly situated*; HERMAN PARKER, JR., *individually and on behalf of a class of all others similarly situated*; WALTER WAYNE KUHN, JR., *individually and on behalf of a class of all others similarly situated*; JON O'NEAL, *individually and on behalf of a class of all others similarly situated*; EARNEST WILLHITE, *individually and on behalf of a class of all others similarly situated*; BRYON DEMOND COLEMAN, *individually and on*

*behalf of a class of all others similarly situated*,

                          *Plaintiffs—Appellees Cross-Appellants*,

*versus*

SECRETARY OF STATE MICHAEL WATSON, IN HIS OFFICIAL CAPACITY,

                          *Defendant—Appellant Cross-Appellee.*

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:18-CV-188

_____

Before RICHMAN, *Chief Judge*, KING, JONES, SMITH, STEWART, DENNIS, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON, WILLETT, HO, DUNCAN, ENGELHARDT, OLDHAM, WILSON, DOUGLAS, and RAMIREZ, *Circuit Judges*.

### JUDGMENT ON REHEARING EN BANC

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion

for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

Judge Haynes and Judge Ramirez concur in the judgment only.

James L. Dennis, *Circuit Judge*, joined by King, Stewart, Graves, Higginson, and Douglas, *Circuit Judges*, dissenting.